JOHN W. HUBER, United States Attorney (#7226)
CRISTINA P. ORTEGA, Assistant United States Attorney (#9567)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: cristina.ortega@usdoj.gov

FILED
U.S. DISTRICT COURT

2019 SEP 27  A 10: 38

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 1:19-CR-00036 JNP |
|---|---|
| Plaintiff, | FELONY INFORMATION |
| vs. | VIOLATION: |
| SAID EL BOUAZZAOUI, | Count I: 18 U.S.C. § 2425, Use of Interstate Facilities to Transmit Information about a Minor. |
| Defendant. | Judge Jill N. Parrish |

The United States Attorney charges:

### COUNT I
18 U.S.C. § 2425
(Use of Interstate Facilities to Transmit Information about a Minor)

On or about March 18, 2019, in the Northern Division of the District of Utah,

SAID EL BOUAZZAOUI,

the defendant herein, using a means of interstate or foreign commerce, the internet, did knowingly initiate the transmission of the name or electronic mail address of another individual, knowing that such other individual has not attained the age of 16 years, with the intent to entice, encourage, offer and solicit any person to engage in sexual activity

for which a person can be charged with a criminal offense, and attempted to do so; all in violation of 18 U.S.C. § 2425.

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Pursuant to 18 U.S.C. § 2428, upon conviction of a violation of 18 U.S.C. §§ 2422, 2423, or 2425 as alleged, the above-named defendant shall forfeit to the United States (i) his interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and (ii) any property, real or personal, constituting or derived from any proceeds that the defendant obtained, directly or indirectly, as a result of such violation. The property to be forfeited includes, but is not limited to, the following:

- Hauwei LYA-L29 cellular telephone, IMEI: 86910304671174
- Samsung Tablet, IMEI: 352087092258772
- Substitute property as allowed by 18 U.S.C. § 2253(b) and 21 U.S.C. §853(p).

Dated this 27TH day of September, 2019.

JOHN W. HUBER
United States Attorney

CRISTINA P. ORTEGA
Assistant United States Attorney